UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAR 2 9 2006

MICHAEL N. MILBY, CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARK A. HANSEN,<br>    Plaintiff,<br><br>vs.<br><br>AON RISK SERVICES OF TEXAS, INC.<br>individually and d/b/a AON RISK SERVICES,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.: H-05-3437<br>JURY |

## FIRST AMENDED COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES, Mark A. Hansen, Plaintiff, complaining of AON Risk Services of Texas, Inc. individually and d/b/a AON Risk Services, Defendant, and would show the following:

### PARTIES

1. Plaintiff, *Mark A. Hansen* ("Hansen"), is an individual residing in Fort Bend County, Texas.

2. Defendant, *AON Risk Services of Texas, Inc.* ("AON Risk Services") is a Texas corporation registered to do business in the State of Texas and who is doing business in Texas individually and as AON Risk Services. AON Risk Services has already answered herein.

### JURISDICTION

3. This Court has jurisdiction over this case pursuant to the district court's federal question jurisdiction as set forth in 28 U.S.C. § 1331 and the district court's supplemental jurisdiction (28 U.S.C. §1367). Specifically, this case arises under Title VII of the Civil Rights Act of 1964, as amended ("Title VII") and Chapter 21 of the Texas Labor Code (Texas Commission on Human Rights Act or "TCHRA").

## VENUE

4. Venue of this action is proper in this judicial district and division pursuant to 28 U.S.C. § 1391(a) in that it is the judicial district of Defendant's principal place of business and where the events giving rise to the cause of action took place.

## STATEMENT OF CAUSES OF ACTION

5. Hansen is a male.

6. Hansen began working for AON Risk Services on May 3, 2001.

7. Hansen was a good performer and regularly received merit pay increases and larger than average bonuses, and never received a written warning or written reprimand.

8. When Hansen began with AON Risk Services, there were four male Directors in the Houston Service Center including Hansen.

9. In early 2002, Victoria McDonough ("McDonough"), Managing Director, became Hansen's direct supervisor. While McDonough was Managing Director she terminated two of the male directors and a third resigned. McDonough replaced all three of these men with females.

10. On May 5, 2003, McDonough demoted Hansen (effective June 4, 2003) to the position of Assistant Director, Client Services Unit. Donna Parsley ("Parsley") became Hansen's direct supervisor. At the same time, McDonough denied Hansen the opportunity for a transfer to the position of Director, Document Production.

11. Instead, McDonough gave the Director, Document Production job to a less qualified female. The female who was given the job had no insurance experience at the time. Hansen had nine years of insurance experience at the time.

12. Then, on November 4, 2003, McDonough notified Hansen he was going to be terminated, but asked him to stay on for one month to complete a special assignment.

13. On November 6, 2003, Parsley called Hansen and told him AON Risk Services had hired a woman to replace him and she (the woman) would be sitting at his desk when he returned.

### GENDER DISCRIMINATION

14. Defendant violated Title VII of the Civil Rights Act of 1964, as amended ("Title VII") and Chapter 21 of the Texas Labor Code (Texas Commission on Human Rights Act or "TCHRA") by discriminating against Plaintiff because of his gender. Plaintiff's gender was a motivating factor in Defendant's decision to demote Plaintiff, deny him a transfer and terminate him.

15. As a result of Defendant's conduct, Plaintiff has suffered damages by way of loss of back pay and benefits, front pay and benefits, mental anguish, emotional distress, humiliation and loss of enjoyment of life and other pecuniary and non-pecuniary compensatory damages in the past and in the future.

16. Defendant acted with malice or reckless indifference to Plaintiff's federally protected and state protected rights and as such justifies an award of punitive damages. Plaintiff seeks an award of punitive damages against Defendant.

17. Plaintiff contends that reinstatement is not feasible.

## ATTORNEY'S FEES

18. Defendant's conduct in violation of Title VII and the TCHRA has made it necessary for Plaintiff to employ the undersigned attorney to prosecute this lawsuit. Accordingly, Plaintiff seeks a reasonable attorney's fee for the services rendered and to be rendered pursuant to Title VII and the TCHRA, which allows recovery of attorney's fees and costs/expenses.

19. Plaintiff also seeks a conditional award of attorney's fees in the event of an appeal in this matter.

## ADMINISTRATIVE PREREQUISITES

20. Plaintiff has performed all conditions precedent to bringing this cause of action under Title VII and the TCHRA.

21. Plaintiff timely filed a written complaint with the Texas Commission on Human Rights (now the Texas Workforce Commission—Civil Rights Division) —and by deferral with the Equal Employment Opportunity Commission ("EEOC") —on or about April 26, 2004 and subsequently filed a form charge of discrimination on or about September 25, 2004. *See* Exhibit A. The filing of the form charge relates back to the initial filing of the written complaint. The Texas Workforce Commission—Civil Rights Division ("TWC—CRD") issued a Dismissal and Notice of Right to File a Civil Action on or about May 13, 2005. *See* Exhibit B.

22. On or about May 21, 2005, Hansen appealed the TWC-CRD decision to the EEOC. *See* Exhibit C. On July 8, 2005, the EEOC issued a Dismissal and Notice of Rights. *See* Exhibit D.

23. Plaintiff timely filed this lawsuit on October 6, 2005.

## JURY DEMAND

24. Plaintiff demands a jury on all issues to be tried in this matter.

## PRAYER

WHEREFORE, Plaintiff requests that upon final trial he be awarded judgment against Defendant for actual damages, compensatory and punitive damages, costs of suit, pre-judgment interest and post-judgment interest at the highest legal rate, and such other and further relief, whether general or special, legal or equitable, to which he may be justly entitled.

Respectfully submitted,

LAW OFFICE OF G. SCOTT FIDDLER, P.C.

_____
G. SCOTT FIDDLER
TBA # 06957750
FID# 12508
13831 Northwest Freeway, Suite 510
Houston, Texas 77040
Tel:   713-661-1146
Fax:   713-462-7998

ATTORNEY-IN-CHARGE
FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document and proposed Order has been forwarded via certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure on this the 29th day of March 2006, to the following:

Kerry E. Notestine, Esq.
Littler Mendelson
1301 McKinney Street
Houston, TX 77010
Fax No. 713-951-9212

_____
G. SCOTT FIDDLER

RECEIVED
DATE RECEIVED BY TCHR
APR 26 2004
TCHR

## INTAKE QUESTIONNAIRE

PLEASE COMPLETE THE REQUESTED INFORMATION. If returning by mail: Texas Commission on Human Rights, P.O. Box 13006, Austin, TX 78711.

**NOTE: FAILURE TO PROVIDE COMPLETE INFORMATION MAY RESULT IN DELAYED PROCESSING OF YOUR COMPLAINT.**

**COMPLAINANT:**

Name: Mark A. Hansen

Address: 5431 Portage Rock Lane

City: Katy          Zip: 77450

Home Phone#: 281-578-6169

Work Phone#: _____

SSN#: 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

**EMERGENCY CONTACT:**

Name: REDACTED
Address:
City:
Phone#:

**EMPLOYER:**

Company Name: Aon Risk Services of Texas, Inc.

Street address where you actually worked:
1330 Post Oak, Suite 900

City: Houston          Zip: 77056-3089

Phone#: 832-476-6000     County: Harris

Number of Employees: 500+

**COMPANY PERSONNEL DIRECTOR/OFFICER:**

Name: Ernie Joyner

Title: Human Resource Manager

Phone# (if different): 832-476-6866

DATE YOU WERE HIRED BY THE COMPANY/AGENCY: May 3, 2001
LAST POSITION TITLE YOU HELD: Assistant Director, Client Services Unit
DATE OF THE LAST INCIDENT OF DISCRIMINATION: November 4, 2003

I. The discrimination you suffered was because of your: [Circle **ONLY** the basis you are filing under. (Example: Race Black or White (Sex) female or (male)  Age 47 years (Date of Birth 10/30/52)  Disability  back impairment)

   Race_____  Color_____  National Origin_____  Sex Male
   Religion_____  Disability_____  Age (Date of Birth)_____

II. Check **ONLY** the type of personnel action taken against you by your employer:

   x  Demotion (D1)       x  Discharge (D2)        ___ Layoff (L1)
   ___ Maternity (M1)     ___ Wages (W1)           ___ Sexual Harassment (S4)
   ___ Discipline (D3)    ___ Promotion (P3)       ___ Terms & Conditions (T2)
   ___ Training (T4)      ___ Suspension (S5)      x  Hiring (H2)
   ___ Harassment (H1)    x  Retaliation (R6)      ___ Other (O1)

**EXHIBIT A**

INTAKE QUESTIONNAIRE
Page Two

**III. Please answer the following questions briefly (If you need more space, please use reverse side of form).**

A. Provide the date of each and every action, the full name and position title of each person involved, and the action taken against you.

Allegation #1: Date: 5/5/2003 Action: Demotion

Explanation: Vickie McDonough demoted me from Director - Placement Services Unit to Assistant Director - Client Services Unit. Demotion was effective on 6/4/2003.

Allegation #2: Date: 5/5/2003 Action: Denied Lateral Transfer

Explanation: Vickie McDonough stated that I couldn't have the Director - Document Production Position because the former Director had "raised the bar."

Allegation #3: Date: 11/4/2003 Action: Terminated

Explanation: Vickie McDonough and Donna Parsley terminated me from the Assistant Director - Client Services Unit position.

B. Provide the reasons the Respondent gave you for each action taken against you.

Allegation #1: Vickie McDonough demoted me stating that "maybe your wife's pregnancy has distracted you from your job."

Allegation #2: I was told that I could not have the Director - Document Production position because the former Director had "raised the bar" however Vickie McDonough gave the position to a woman with no insurance experience. I had nine years of insurance experience at the time. (see back pg

Allegation #3: After being terminated on 11/4/2003 I was asked to sta on for one month to complete a special assignment. On 11/6/2003 Donna Parsley called me at home to say they hired a woman to replace me and she would be sitting at my desk when I returned.

C. What did your race, color, national origin, religion, sex, age, or disability, have to do with the action taken against you?

Allegation #1: In 2001 their were four male Directors. Vickie McDonough became the Managing Director in early 2002, and by November 2003 on] one male Director remained. The remaining male Director is age 47+. This Director has been reassigned three times in the last six months including an

Allegation #2: extended assignment in another state.
I never received a performance review or a negative counseling report while employed by Aon. My last merit increase was on 4/1/2003 and was reflective of the company's standard increase. I received a more than average bonus.

Allegation #3:

INTAKE QUESTIONNAIRE
Page Three

D. Provide the full name(s) of other employees in a same or similar position to you, that were treated differently by the Respondent under similar conditions. (Example: John Smith - Black or White)

<u>Sharon Patin - Female.   Donna Parsley - Female.</u>

<u>Kimberley Overgoner - Female.   Mary Salazar - Female.</u>

_____

IV. RETALIATION: If you complained to management in opposition of unlawful discriminatory practices, testified as a witness in a discrimination complaint, aided another employee in the preparation of a discrimination complaint, filed a charge and/or assisted in an employment discri-mination investigation, and the Respondent took retaliatory action against, you provide the following:

Date(s) you participated in any of the above protected activity (ies):

_____

_____

Full name and position title of the person(s) you complained to: (Example: John Smith, Supervisor, Black)

_____

_____

_____

Date(s) and description(s) of retaliatory action taken against you:

_____

_____

_____

_____

INTAKE QUESTIONNAIRE
Page Four

V. If you have retained an attorney to represent you during investigation, please have him/her provide our office with a letter of representation.

VI. Please indicate if you have previously filed any complaint with any of the agencies listed below:

    ____ Texas Commission on Human Rights (TCHR)
    ____ Equal Employment Opportunity Commission (EEOC)
    ____ National Labor Relations Board (MLRB)
    ____ Office of Federal Contract Compliance Program (OFCCP)
    ____ Other Agency: (Give Name) _____

If so, identify the date(s) of filing: _____

Charge Number(s): _____

Indicate what resolution(s) was reached for each:

_____
_____
_____

\* In addition to filing my claim with the Texas Commission on Human Rights please file my claim with the Equal Employment Opportunity Commission.

Signature _____    Date 4-19-2004

# CHARGE OF DISCRIMINATION

| AGENCY | NUMBER |
|---|---|
| ☒ FEPA | 1A300024 |
| ☐ EEOC | 31CAF0003 |

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

T.W.C. Civil Rights Division _____ and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Mrs., Ms.)
Mr. Mark A. Hansen

**HOME TELEPHONE** (Include Area Code)
(281) 578-6169

**STREET ADDRESS** — **CITY, STATE AND ZIP CODE** — **DATE OF BIRTH**
5431 Portage Rock Lane, Katy, TX 77450

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below)

**NAME** — **NUMBER OF EMPLOYEES, MEMBERS** — **TELEPHONE** (Include Area Code)
Aon Risk Services Of Texas, Inc.    Cat A (15-100)    (713) 476-6000

**STREET ADDRESS** — **CITY, STATE AND ZIP CODE** — **COUNTY**
1330 Post Oak, Ste 900, Houston, TX 77056-3239    201

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST — LATEST
11/04/2003 — 11/04/2003
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s))

Original received 4/26/04

I. On 11/4/03, I was discharged from my position as Assistant Director, Client Services Unit. I was asked to stay on for one month to complete a special assignment. Donna Parsley informed me they had hired a woman to replace me and she would be sitting at my desk when I returned.

II. No reason given.

III. I believe that I have been discriminated against, in violation of Title VII of the Civil Rights Act, as amended, based on my sex, Male.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

X 7-25-04    X [signature] Mark A. Hansen
Date          Charging Party (Signature)

NOTARY — (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
X [signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year)
7-25-04

CHARLES A. JOHNSON
MY COMMISSION EXPIRES
June 12, 2006

EEOC FORM 5 (Rev. 07/99)



## DISMISSAL AND NOTICE OF RIGHT TO FILE A CIVIL ACTION

| TO: Mark A. Hansen<br>5431 Portage Rock Ln.<br>Katy, Texas 77450 | FROM: TWC, Civil Rights Division<br>P. O. Box 13006<br>Austin, TX 78711-3006 | |
|---|---|---|
| TWCCRD Charge No.<br>1A50002-H | EEOC Charge No.<br>31CA500035 | TWCCRD Representative<br>Patricia McCormick Powell |

**THE TWCCRD IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

| | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the TWCCRD. |
| [ ] | Your allegations did not involve a disability that is covered by the Americans with Disabilities Act or the Texas Commission on Human Rights Act. |
| [ ] | The Respondent employs less than the required number of employees or not otherwise covered by the statutes. |
| [ ] | We cannot investigate your charge because it was not filed within the time limits required by law. |
| [ ] | Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge. |
| [ ] | While reasonable efforts were made to locate you, we were not able to do so. |
| [ ] | You had 30 days to accept a reasonable settlement offer that afforded full relief for the harm you alleged. You failed to accept the full relief. |
| [x] | **The TWCCRD issues the following determination: Based upon its investigation, the TWCCRD is unable to conclude that the information obtained establishes any violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.** |
| [ ] | Other (briefly state):. |

### NOTICE OF RIGHT TO FILE A CIVIL ACTION

Pursuant to Sections 21.208, 21.252 and 21.254 of the Texas Labor Code, as amended, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case. **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.** (The time limit for filing suit based on a federal claim may be different.)

### EEOC REVIEW NOTICE

AS YOUR CHARGE WAS DUAL FILED UNDER TITLE VII OF THE CIVIL RIGHTS ACT/AGE DISCRIMINATION IN EMPLOYMENT ACT/AMERICANS WITH DISABILITIES ACT, WHICH ARE ENFORCED BY THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC), YOU HAVE THE RIGHT TO REQUEST EEOC REVIEW OF THIS FINAL DECISION ON YOUR CASE TO SECURE A REVIEW, YOU MUST REQUEST IT IN WRITING WITHIN FIFTEEN (15) DAYS OF THE RECEIPT OF THIS NOTICE. YOUR REQUEST SHOULD BE SENT TO THE U.S. EQUAL OPPORTUNITY COMMISSION OFFICE AS APPROPRIATE.

| [ ] DALLAS EEOC<br>207 SOUTH HOUSTON ST<br>DALLAS, TX 75202 | [x] HOUSTON EEOC<br>1919 SMITH ROAD, 7TH FLOOR<br>HOUSTON, TX 77002 | [ ] SAN ANTONIO EEOC<br>5410 FREDERICKSBURG RD, STE. 200<br>MOCKINGBIRD PLAZA, PLAZA II<br>SAN ANTONIO, TX 78229 |
|---|---|---|

cc: Rebecca L. Mackin, EEO Specialist
AON Group, Inc.
200 East Randolph St., 8th Floor
Chicago, IL 60601

On behalf of the Commission

_____
Cade Winchester
Team Leader 2, TWCCRD

05/13/05
DATE

**EXHIBIT B**

May 21, 2005

5431 Portage Rock Lane
Katy, TX 77450

Houston EEOC
1919 Smith Road
7th Floor
Houston, TX 77002

REFERENCE:   Mark A. Hansen v. AON Risk Services of Texas, Inc.
TWCCRD #: 1A50002-H; EEOC #: 31CA500035

Dear Madam or Sir:

Pursuant to the TWCCRD's letter dated 05/13/05 I respectfully request that the EEOC review the TWCCRD's final decision of my claim. I have requested this review within fifteen (15) days of the receipt of this notice.

Please contact me if I can provide any further information to aid you in the investigation and your finding of gender discrimination against Aon Risk Services of Texas, Inc.

Sincerely,

*[signature]*

Mark A. Hansen

Enc. Dismissal and Notice of Right to File a Civil Action

**EXHIBIT C**

EEOC Form 161 (3/98)      U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Mark A. Hansen<br>5431 Portage Rock Lane<br>Katy, TX 77450 | From: Houston District Office<br>1919 Smith St, 7th Floor<br>Houston, TX 77002 |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 31C-2005-00035 | Ronald G. Wideman,<br>State and Local Coordinator | (713) 209-3332 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission,

_[signature]_      July 8, 2005

Enclosure(s)      Michael C. Fetzer,<br>Acting Director      (Date Mailed)

cc: Ernie Joyner<br>Human Resources Manager<br>AON RISK SERVICES OF TEXAS, INC.<br>1330 Post Oak, Ste 900<br>Houston, TX 77056

TWC-CRD<br>P. O. Box 13006<br>Austin, TX 77075

Rebecca L. Mackin<br>EEO Specialist<br>AON GROUP, INC.<br>200 East Randolph St., 18 th Floor<br>Chicago, IL 60601

**EXHIBIT D**