IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARK A. HANSEN, | § § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO. H-05-3437 |
| AON RISK SERVICES OF TEXAS, INC., | § § § | |
| Defendant. | § § § | |

## ORDER

Having reviewed and considered the Defendant's Motion for Complete Summary Judgment, and any response thereto, the pleadings, and any summary judgment evidence offered by Plaintiff and Defendant, the Court GRANTS Defendant's Motion for Complete Summary Judgment in full. The Court orders that Plaintiff take nothing from Defendant Aon Risk Services of Texas, Inc.

This is a final judgment.

SIGNED this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE