# EXHIBIT 5



## DISMISSAL AND NOTICE OF RIGHT TO FILE A CIVIL ACTION

| | |
|---|---|
| TO: Mark A. Hansen<br>5431 Portage Rock Ln.<br>Katy, Texas 77450 | FROM: TWC, Civil Rights Division<br>P. O. Box 13006<br>Austin, TX 78711-3006 |
| TWCCRD Charge No.<br>1A50002-H | EEOC Charge No.<br>31CA500035 |

TWCCRD Representative
Patricia McCormick Powell

**THE TWCCRD IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

| | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the TWCCRD. |
| [ ] | Your allegations did not involve a disability that is covered by the Americans with Disabilities Act or the Texas Commission on Human Rights Act. |
| [ ] | The Respondent employs less than the required number of employees or not otherwise covered by the statutes. |
| [ ] | We cannot investigate your charge because it was not filed within the time limits required by law. |
| [ ] | Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge. |
| [ ] | While reasonable efforts were made to locate you, we were not able to do so. |
| [ ] | You had 30 days to accept a reasonable settlement offer that afforded full relief for the harm you alleged. You failed to accept the full relief. |
| [x] | The TWCCRD issues the following determination: Based upon its investigation, the TWCCRD is unable to conclude that the information obtained establishes any violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | Other (briefly state):. |

### NOTICE OF RIGHT TO FILE A CIVIL ACTION

Pursuant to Sections 21.208, 21.252 and 21.254 of the Texas Labor Code, as amended, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case. **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.** (The time limit for filing suit based on a federal claim may be different.)

### EEOC REVIEW NOTICE

AS YOUR CHARGE WAS DUAL FILED UNDER TITLE VII OF THE CIVIL RIGHTS ACT/AGE DISCRIMINATION IN EMPLOYMENT ACT/AMERICANS WITH DISABILITIES ACT, WHICH ARE ENFORCED BY THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC), YOU HAVE THE RIGHT TO REQUEST EEOC REVIEW OF THIS FINAL DECISION ON YOUR CASE. TO SECURE A REVIEW, YOU MUST REQUEST IT IN WRITING WITHIN FIFTEEN (15) DAYS OF THE RECEIPT OF THIS NOTICE. YOUR REQUEST SHOULD BE SENT TO THE U.S. EQUAL OPPORTUNITY COMMISSION OFFICE AS APPROPRIATE.

[ ] DALLAS EEOC
207 SOUTH HOUSTON ST
DALLAS, TX 75202

[x] HOUSTON EEOC
1919 SMITH ROAD, 7TH FLOOR
HOUSTON, TX 77002

[ ] SAN ANTONIO EEOC
5410 FREDERICKSBURG RD, STE. 200
MOCKINGBIRD PLAZA, PLAZA II
SAN ANTONIO, TX 78229

cc: Rebecca L. Mackin, EEO Specialist
AON Group, Inc.
200 East Randolph St., 8th Floor
Chicago, IL 60601

On behalf of the Commission

_Cade Winchester_
Cade Winchester
Team Leader 2, TWCCRD

05/19/05
DATE

000010